IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THREE ACCOUNTS STORED AT PREMISES CONTROLLED BY DISCORD INC. | Case No. 25-mj- 80-01/03-TSM<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Tarah E. Little, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application for a search warrant for information associated with three accounts with usernames: (1) "nun.special_01"; (2) "sumn_simple"; and (3) "ihe4rt.me". The information sought is stored at premises owned, maintained, controlled, or operated by Discord Inc. ("Discord"), an electronic communications service and/or remote computing service provider headquartered in San Francisco, California.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Discord to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

2.      I have been employed as an FBI Special Agent since 2015, and am currently assigned to the Boston Field Office, Bedford Resident Agency. I have investigated federal criminal violations related to high technology or cyber-crime, child exploitation, and child pornography. I

have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

3.      This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2251(a) related to the sexual exploitation of children have been committed by the user(s) of the accounts with usernames "nun.special_01", "sumn_simple", and "ihe4rt.me".  There is also probable cause to search the information described in Attachment A for evidence of this crime as further described in Attachment B.

## JURISDICTION

5.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## STATUTORY AUTHORITY

6.      Under 18 U.S.C. §§ 2251(a) and (e), "[a]ny person who employs, uses, persuades, induces, entices, or coerces any minor to engage in … any sexually explicit conduct for the purpose of producing any visual depiction of such conduct" shall be "fined under this title and be imprisoned not less than 15 years nor more than 30 years".

## PROBABLE CAUSE

7.      On March 19, 2025, it was reported to FBI Boston – Bedford Resident Agency that a thirteen-year-old minor ("MINOR VICTIM") had been corresponding with an unknown male

they met online through Discord. On April 10, 2025, the MINOR VICTIM was forensically interviewed at the Dover, New Hampshire Child Advocacy Center [CAC][1]. During the CAC interview, the MINOR VICTIM stated that on an unknown date they started communicating on Roblox, an online gaming application, with a user named "Lea". Lea asked the MINOR VICTIM if they wanted to talk to another individual on Discord. The MINOR VICTIM agreed. On March 13, 2025 in a private message through Discord, the account with username "nun.special_01" ("SUBJECT ACCOUNT 1") messaged MINOR VICTIM. The following conversation ensued:

**SUBJECT ACCOUNT 1**: Well before we start could u verify for me??

Like take a pic of u holding up 2 fingers??

Plus what do u want ur payment to be??

Robux[2] or cash?

**MINOR VICTIM** [sends an image of two fingers in the air]

**SUBJECT ACCOUNT 1:** Alr

**MINOR VICTIM:** what's your name?

**SUBJECT ACCOUNT 1:** So I pay based on performance so u js gotta send n reply fast to me than u get a higher pay

**SUBJECT ACCOUNT 1:** I rather not say

During the conversation, SUBJECT ACCOUNT 1 asked MINOR VICTIM for numerous sexually explicit images and videos:

---

[1] After the CAC interview, the mother of the MINOR VICTIM signed the FBI's Consent to Assume Online Identity Authorization Form and FBI Agents were able to access and view the MINOR VICTIM's Discord account including messages between the MINOR VICTIM and subject accounts.

[2] I understand "Robux" to refer to virtual currency used for purchases on the Roblox application and website.

> **SUBJECT ACCOUNT 1:** Could u js send a vid of u opening ur pussy and playing with it
>
> **MINOR VICTIM:** [sends an up-close image of a pubescent vagina being spread open with their fingers]
>
> **SUBJECT ACCOUNT 1:** What abt a vid of u opening it??

Later in the conversation SUBJECT ACCOUNT 1 stated that the videos were not loading for them. That night at 5:53 PM, SUBJECT ACCOUNT 1 asked MINOR VICTIM 1:

> **SUBJECT ACCOUNT 1:** U think u could send it to my other acc?
>
> U think it might work there??

MINOR VICTIM stated that they sent a connection request and at 6:01 PM on March 13, 2025, SUBJECT ACCOUNT 1 and MINOR VICTIM ceased contact.

8.      On March 13, 2025 at 6:02 PM, MINOR VICTIM sent a private message to the Discord account with username "sumn_simple" [SUBJECT ACCOUNT 2]. The following conversation ensued:

> **MINOR VICTIM:** hi
>
> **SUBJECT ACCOUNT 2:** Yooo
>
> Alr well u could resend the vids btw
>
> Plus btw if this isn't weird

During the conversation, SUBJECT ACCOUNT 2 requested and received multiple sexually explicit pictures and videos from MINOR VICTIM including a 29-second video of MINOR VICTIM inserting a tampon in and out of MINOR VICTIM's vagina.

9.      During conversations with SUBJECT ACCOUNT 2, MINOR VICTIM referenced attending school, being at a school play and completing homework assignments.

4

10.     Also on March 13, 2025, the MINOR VICTIM received a private message from the Discord username "ihe4rt.me" ("SUBJECT ACCOUNT 3") aka "Lea". The following conversation ensued on March 15, 2025:

> **MINOR VICTIM:** girl i wanna be friends but your kinda trying to steal my bf so idk what to do
>
> **SUBJECT ACCOUNT 3:** plus tbh I'm pretty sure he said that my body was the best he ever seen when I use to send to him
>
> but yea ik him better than u so ig we can see who he'll choose
>
> bc ik he's js a freak on the inside n ik how to help him with his stress
>
> like rn
>
> **MINOR VICTIM:** fine if your going to be that way
>
> **SUBJECT ACCOUNT 3:** ik he js wants nudes 24/7 so that's what I'm gonna do
>
> I'm js gonna keep sending him pics

[LATER IN THE CONVERSATION]

> **SUBJECT ACCOUNT 3:** btw like I said he's a freaky person so the only thing he wants is pics
>
> Ik this bc when I used to send to him, I js sent nothing but pics to him n he got better

That same day SUBJECT ACCOUNT 2 messaged the MINOR VICTIM "lea is horny rn she's js sending nothing but pics n audios of her playing with herself"

11.     SUBJECT ACCOUNT 1, SUBJECT ACCOUNT 2 and SUBJECT ACCCOUNT 3 are hereafter referred to collectively as the "SUBJECT ACCOUNTS".  Based on the ongoing

investigation and the timing and content of the messages, it is believed that all the SUBJECT ACCOUNTS are operated by the same individual.

12.     Based on the preceding paragraphs, probable cause exists to believe that there is evidence of a violations of 18 U.S.C. § 2251(a) located on the SUBJECT ACCOUNTS.

## BACKGROUND CONCERNING DISCORD[3]

13.     Discord is a multimedia messaging service, accessible through its mobile and desktop applications and through its website, that allows subscribers to share messages, multimedia, and other information with other Discord users.

14.     Discord provides chat and messaging functions to its users.  Users obtain an account by registering with Discord.  Users can chat with other users on different virtual chat servers, which may be further organized into various channels on each server.  All messages sent to a chat server/channel will be visible to all other users authorized to access such chat server/channel (some could be open to all users of Discord), and all messages in a given server/channel remain until deleted by the sender or an administrator or moderator.  Discord also allows users to message each other directly and, as with chats in the chat servers/channels, these direct messages are also retained until deleted by the sender.  Users can contact each other through voice calls, video calls, text messaging, and by sending digital files.

15.     Users can create a Discord account by registering with an email address and choosing a username.  Discord previously allowed multiple users to use the same username and

---

[3] The information in this section is based on information published by Discord on its public website, including, but not limited to, the following webpages: "How Discord Works with Law Enforcement," available at https://discord.com/safety/360044157931-working-with-law-enforcement; "How to Find User IDs for Law Enforcement," available at https://support.discord.com/hc/en-us/articles/4407571667351-Law-Enforcement-Guidelines; and "Discord Basics," available at https://support.discord.com/hc/en-us/categories/115000217151.

assigned a four-digit number called a "discriminator," prefixed with "#" which is added to the end of their username to allow unique user identification.  As of July 2023, newly created usernames are unique and users can be identified by their username alone.  Users are also assigned a unique 17- or 18-digit user identification number (UID) which can be obtained publicly on the user's Discord account profile.

16.    Discord allows users to open servers, and channels within a server, to host communication between users concerning a particular topic. Any user can create a Discord server and control which users can access it. Some servers, especially ones operated by commercial entities, allow access to any Discord user. Administrators who run these servers can customize the name, rules of behavior, and welcome screen, as well as link social media or other third-party accounts to their server. Channels within servers offer smaller forums to communicate on sub-topics within the larger server. These channels support the same messaging features as direct messaging.

17.    Discord also allows users to create voice channels, which operate as open lines of audio communication that users can join and leave at any time. Despite the name, voice channels also support streaming video content. Additionally, users in a voice channels can set a "status" that can be used to describe the activity occurring in the channel.

18.    Channel administrators and designated moderators can enforce server rules by, for example, removing content or suspending or banning users.

19.    Nitro is a paid subscription service that gives users access to premium features on Discord such as specialized and customized content, server promotion, and enhanced file uploads and video streaming.

20.     Discord collects information about users' activities on Discord, including the friends a user adds, the servers the user joins, the user's roles in servers, content moderation decisions the user makes, and other related actions.

21.     Discord stores messages and attachments sent between users directly, in groups, or in servers.  This content is retained on Discord's servers, and is accessible to participants of those communications, until deleted by the sender or an administrator.  Messages may continue to be available on Discord's servers for a period of time even if deleted.

22.     Discord generally asks its users to provide certain personal identifying information when registering for an account.  Such information can include the user's email address, telephone number(s), birthday, and other identifiers, and, for paying subscribers, their full name, means and source of payment (including a credit or bank account number), and billing address.  Based on my training and my experience, I know that this information, even if falsified, often provides clues to a user's identity, location, or illicit activities.

23.     Discord typically retains certain transactional information about the creation and use of each account on its systems.  This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service(s) utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website or on a mobile application), and other log files that reflect usage of the account.  In addition, Discord may have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the Discord account. Discord may

also receive and store other information about the devices used to access Discord services. This includes information like operating system information, browser information, and information about device settings.

24.     In some cases, account users will communicate directly with Discord about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Discord typically retains records about such communications, including records of contacts between the user and Discord's support services, as well as records of any actions taken by Discord or a user as a result of the communications.

25.     Users may give Discord permission to collect their information from third-party services. For example, a user may connect their Facebook account to their Discord account and, in doing so, provide Discord with certain information about their Facebook account (e.g., their username and contacts). Users that access Discord through third party advertisements may also grant Discord access to the information collected from the third party hosting the advertisement, including social media companies.

26.     In addition, the user's account activity, logs, stored electronic communications, and other data retained by Discord can indicate who has used or controlled the account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, chat messages, contacts lists, and images sent (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the account at a relevant time, and device identifiers and IP addresses can help to identify which computers or other devices were used to access the account. Such information also allows investigators to understand the geographic and chronological context of access, use, and events relating to the crime under investigation.

27.     In my training and experience, evidence of who was using a Discord account and evidence related to criminal activity of the kind described above, may be found in the files and records described above.  This evidence may establish the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or, alternatively, to exclude the innocent from further suspicion.  Obtaining this data will help establish the totality of the conversations between the MINOR VICTIM and SUBJECT ACCOUNTS. This can help to determine if additional sexually explicit material was obtained by the SUBJECT ACCOUNTS as well as if the SUBJECT ACCOUNTS were obtaining sexually explicit images and videos from other minors.

28.     Based on my training and experience, chat messages, photos, videos, and documents are often created and used in furtherance of criminal activity, including to communicate and facilitate the offenses under investigation.  Thus, stored communications and files connected to a Discord account may provide direct evidence of the offenses under investigation, and can also lead to the identification of co-conspirators and instrumentalities of the crimes under investigation. Due to the nature of the subject having multiple accounts it is possible that not all chat messages, photos, videos and documents between the SUBJECT and MINOR VICTIM's accounts were viewed by investigators on the MINOR VICTIM's cell phone.

29.     In addition, the user's account activity, logs, stored electronic communications, and other data retained by Discord can indicate who has used or controlled the account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  For example, chat messages, contacts lists, and images sent (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the account at a relevant time, and device identifiers and IP addresses can help to

identify which computers or other devices were used to access the account. Such information also allows investigators to understand the geographic and chronological context of access, use, and events relating to the crime under investigation.

30.    Account activity may also provide relevant insight into the account owner's state of mind as it relates to the offenses under investigation. For example, information on the account may indicate the owner's motive and intent to commit a crime (*e.g.*, information indicating a plan to commit a crime), or consciousness of guilt (*e.g.*, deleting account information in an effort to conceal evidence from law enforcement).

31.    Other information connected to the use of an account may lead to the discovery of additional evidence. For example, accounts are often assigned or associated with additional identifiers such as account numbers, advertising IDs, and third-party platform subscriber identities. This information may help establish attribution, identify and link criminal activity across platforms, and reveal additional sources of evidence.

32.    Therefore, Discord's servers are likely to contain stored electronic communications and information concerning the Subject Accounts and their use of Discord in relation to sending obscene material to a minor. In my training and experience, such information may constitute evidence of the crimes under investigation including information that can be used to identify the account's user or users.

### CONCLUSION

33.    Based on the forgoing, I request that the Court issue the proposed search warrant.

34.    Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving the warrant on Discord. Because the warrant will be served on Discord, who will then

compile the requested records at a time convenient to it, reasonable cause exists to permit the

execution of the requested warrant at any time in the day or night.

Respectfully submitted,

/s/ Tarah Little
Tarah Little
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on this  17  day of April, 2025

HON. TALESHA L. SAINT-MARC
UNITED STATES MAGISTRATE JUDGE

12

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with Discord accounts (1) "nun.special_01";

(2) "sumn_simple"; and (3) "ihe4rt.me" that are stored at premises owned, maintained, controlled,

or operated by Discord Inc. a company headquartered in San Francisco, California.

**ATTACHMENT B**

**Particular Things to be Seized**

**I.    Information to be disclosed by Discord Inc. ("Discord")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Discord, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or information that has been deleted but is still available to Discord, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) March 21, 2025 (reference #29493) Discord is required to disclose to the government for each account or identifier listed in Attachment A:

A.    All business records and subscriber information, in any form kept, pertaining to the accounts including:

1.    Identity and contact information (past and current), including Discord User ID, full name, e-mail addresses, physical address, date of birth, phone numbers, and other personal identifiers;

2.    All Discord usernames (past and current) and the date and time each username was active, all associated or linked Discord accounts (including those linked by machine cookie);

3.    Account avatar history, account description, and other account media;

4.    Length of service (including start date), types of services utilized, purchases, and means and sources of payment (including any credit card or bank account number) and billing records;

5.    Devices and networks used to login to or access the account, including all device identifiers, attributes, user agent strings, and information about networks and connections, cookies, operating systems, apps, and web browsers;

6.    All advertising information, including advertising IDs, ad activity, and ad topic preferences;

7.    Internet Protocol ("IP") addresses used to create, login, and use the account, including associated dates, times, and port numbers, **March 13, 2025 to present**;

8.    Privacy and account settings, including change history; and

9.    Communications between Discord and any person regarding the account, including contacts with support services, records of actions taken, and requests for account deletion;

B.    All names of all servers or channels the account is or was a member of; and

C.    All names of all servers or channels the account serves or served as an administrator or moderator of, and when they became an administrator or moderator of any such servers or channels;

D.    All content, records, and other information created, uploaded, or shared by or with the account (including drafts) **from March 13, 2025 to present**; in direct and group messages, and servers or channels, including messages, posts, announcements, voice messages, custom emojis, images, videos, notes, texts, links, avatars, other files, and all associated logs and metadata;

E.    All content, records, and other information relating to communications sent from or received by the account **from March 13, 2025 to present**; in direct and group messages, and servers or channels, including but not limited to:

1.    The content of all communications sent from or received by the account (including drafts), including direct and group messages, chats, and all associated multimedia and metadata;

2.    All records and other information about all communications sent from or received by the account, including dates and times, methods, invitations, sources and destinations (including user IDs and usernames), and statuses (such as delivered, opened, read);

F.    All content, records, and other information relating to all other interactions between the account and other Discord users **from March 13, 2025 to present**; including but not limited to:

1.    Interactions by other Discord users with the account or its content, including approved and denied friend requests, blocks and unblocks, shares, invitations, and mentions;

2.    All users with whom the account has requested or denied friend requests, blocked, unblocked, shared, sent or received invitations, or mentioned;

3.    All contacts and related sync information; and

4.    All associated logs and metadata;

G.    All content, records, and other information related to connections between the account and third-party services, websites, and apps (whether active, expired, or removed) **from March 13, 2025 to present**; including all data shared with Discord as a result of those connections;

H.      All records of searches performed by the account **from March 13, 2025 to present**;

I.      All location information associated with the account **from March 13, 2025 to present**; and

J.      All other activity logs, session history, analytics, and user settings.

K.      Records related to any deleted messages or other content, including the date and time they were deleted and by which user, **from March 13, 2025 to present**;

L.      Transaction records for any paid services utilized by the Target Server and any channel therein, including name of payor, billing address or ZIP Code, associated payment information including any credit card or bank account number, date and time of transaction, and transaction IP address; and

M.      All records pertaining to communications between the Provider and any person regarding the Target Server and any channel therein, including contacts with support services and records of actions taken, and requests for content deletion or other moderation action.

Discord is hereby ordered to disclose the above information to the government within 14 days of

issuance of this warrant.

3

**II.    Information to be seized by the government**

All information described above in Section I that constitutes fruits, contraband, evidence, and/or instrumentalities of violations of 18 U.S.C. § 2251, sexual exploitation of children, those violations involving SUBJECT ACCOUNTS and occurring on or after March 13, 2025, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a)    Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in any sexually explicit conduct for the purpose of producing any video depiction of such conduct;

(b)    Evidence indicating how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the account owner;

(c)    Evidence indicating the Account owner's state of mind as it relates to the crime under investigation;

(d)    The identity of the person(s) who created or used the Account, including records that help reveal the whereabouts of such person(s).

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.  The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by DISCORD INC., and my title is

_____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of DISCORD INC. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**. I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of DISCORD INC., and they were made by DISCORD INC. as a regular practice; and

b.      such records were generated by DISCORD INC.'s electronic process or system that produces an accurate result, to wit:

1.      the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of DISCORD INC. in a manner to ensure that they are true duplicates of the original records; and

2

2. the process or system is regularly verified by DISCORD INC., and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____     _____
 Date                                Signature

2